304 U.S. 563
 58 S.Ct. 944
 82 L.Ed. 1530
 R. J. REYNOLDS TOBACCO COMPANY, petitioner,
v.
C. H. ROBERTSON, Collector of Internal Revenue, etc.*
 No. 893.
 Supreme Court of the United States
 April 25, 1938
 
 Mr. Alexander H. Sands, of Richmond, Va., for petitioner.
 
 
 1
 For opinions below, see 94 F.2d 167; D.C., 22 F.Supp. 187.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied.
 
 
 
 *
 Rehearing denied 304 U.S. 589, 58 S.Ct. 1045, 82 L.Ed. ——.